IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DESTON THERAPEUTICS, L.L.C. and UNIGEN PHARMACEUTICALS, INC.,<br><br>        Plaintiffs,<br><br>v.<br><br>TRIGEN LABORATORIES, INC. and IRISYS, INC.,<br><br>        Defendants. | Civil No. 09-809-KMW<br>(District of Delaware) |

## SCHEDULING ORDER

    This Scheduling Order confirms the directives given to counsel at the scheduling conference pursuant to Rule 16, Federal Rules of Civil Procedure on **September 2, 2010**; and the Court noting the following appearances: Rodger D. Smith, Esquire, and Saul H. Perloff, Esquire, both appearing on behalf of the plaintiffs; and John C. Phillips, Jr., Esquire, and Steven A. War, Esquire, both appearing on behalf of the defendants,

    IT IS this **9th** day of **September, 2010**, hereby **ORDERED**:

    1.    Plaintiffs shall serve the "Disclosure of Asserted Claims and Infringement Contentions" in accordance with L. Civ. R. 9.3.1 and 9.3.2(D. N.J.), by **September 16, 2010**.

    2.    Defendants shall serve their "Invalidity Contentions" and meet their L. Civ. R. 9.3.3 and 9.3.4(D. N.J.) obligations by **November 1, 2010**.

    3.    The parties shall exchange a list of claim terms which that party contends should be construed by the Court and identify any claim term which that party contends should be governed by 112(6), in accordance with L. Civ. R. 9.4.1(D. N.J.), by **November 15, 2010**.

    4.    The parties shall simultaneously exchange preliminary proposed constructions of each term identified by any party and identify supporting references in specifications, in accordance with L. Civ. R. 9.4.2(D. N.J.), by **December 6, 2010**.

    5.    The parties shall complete and serve their Joint Claim Construction and Prehearing Statement, in accordance with L. Civ. R. 9.4.3(D. N.J.), by **January 5, 2011**.

    6.    The parties shall complete all discovery relating to claim construction, including any depositions with respect to claim construction of any witnesses, other than experts, identified in the Preliminary Claim Construction Statement of Joint Claim

Construction and Prehearing Statement, in accordance with L. Civ. R. 9.4.4(D. N.J.), by **February 7, 2011**.

    7.    The parties shall contemporaneously file and serve their opening Markman Briefs and any evidence supporting claim construction, including experts' certifications or declarations, in accordance with L. Civ. R. 9.4.5(a)(D. N.J.), by **February 22, 2011**.

    8.    The parties shall complete all discovery from expert witnesses who submitted a Markman certification or declaration, in accordance with L. Civ. R. 9.4.5.(b)(D. N.J.), by **March 22, 2011**.

    9.    The parties shall contemporaneously file and serve responsive Markman Briefs and any evidence supporting claim construction, including any responding experts' certifications or declarations, in accordance with L. Civ. R. 9.4.5(c)(D. N.J.), by **April 22, 2011**.

    10.    Counsel shall confer and propose to the Court a schedule for a Claim Construction Hearing, to the extent the parties or the Court believe a hearing is necessary for construction of claims at issue, in accordance with L. Civ. R. 9.4.6(D. N.J.), by **May 6, 2011**.

    11.    Pretrial factual discovery for the claims unrelated to patents is hereby extended to **May 6, 2011**. All pretrial discovery shall be concluded by that date. All discovery motions and applications pursuant to L. Civ. R. 37.1(a)(1)(D. N.J.), shall be made returnable before the expiration of pretrial factual discovery.

    12.    All affirmative Rule 26(a)(2) expert disclosures and materials shall be served upon opposing counsel by **June 6, 2011**.

    13.    All rebuttal Rule 26(a)(2) expert disclosures and materials shall be served upon opposing counsel by **July 8, 2011**.

    14.    The Court will conduct a telephone status conference on **January 31, 2011 at 10:30 a.m. Plaintiff's counsel shall initiate the telephone conference.**

THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).

    s/ Karen M. Williams
    KAREN M. WILLIAMS
    United States Magistrate Judge

cc: Hon. Jerome B. Simandle